# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:13-CR-00139-RJC

| | |
|---|---|
| USA, )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**RON MCQUAY GARLAND,** )<br>)<br>    **Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 29), the original Indictment, (Doc. No. 6), without prejudice. The defendant was convicted by a jury, (Doc. No. 21: Jury Verdict), of the charge in the Superseding Indictment, (Doc. No. 16: Count 1s). Therefore, the original Indictment is moot.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 29), is **GRANTED,** and the original Indictment, (Doc. No. 6), is **DISMISSED** without prejudice.

Signed: February 17, 2014

Robert J. Conrad, Jr.
United States District Judge